[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-14182
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 28, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 00-01495-CV-WBH-1

T.C. WOODWORTH,
KATHLEEN A. WOODWORTH, et al.,

                                                    Plaintiffs-Appellants,

versus

HARMUT (HARDY) THEODORE ROSE,
JAMES PAT REEDY, et al.,

                                                    Defendants-Appellees,

GEO NATURAL RESOURCES, INC.,

                                                    Defendant-Cross-Claimant-
                                                    Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(April 28, 2006)

Before TJOFLAT, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Appellants appeal the denial of their July 11, 2005, Motion for Injunctive Relief Under the All Writs Act. The district court held this motion was essentially a request for reconsideration of the district court's previous order of May 17, 2004, denying Appellants' request for injunctive relief. We agree.

We review a district court's denial of a motion for reconsideration for an abuse of discretion. *Cliff v. Payco Gen. Amer. Credits, Inc.*, 363 F.3d 1113, 1121 (11th Cir. 2004). We conclude the district court did not abuse its discretion in denying the motion and affirm for the reasons stated in the district court's orders of May 17, 2004, and August 8, 2005.

AFFIRMED.